**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSEPH DEMETRIUS LYLES,**<br><br>**Petitioner,**<br><br>**vs.**<br><br>**KEN CLARK,**<br><br>**Respondent.** | **1:07-CV-1156 AWI WMW HC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[Doc. 5] |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 3, 2007, the Magistrate Judge filed findings and recommendations herein, recommending that this petition be dismissed as containing only unexhausted claims.. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty

days. No objections were filed.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on December 3, 2007, are a adopted in full;
2. The petition for writ of habeas corpus is DISMISSED;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated: February 25, 2008**

**/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE

---

[1]The court notes that the copy of the findings and recommendations served on Petitioner was returned by the United States Postal Service. Pursuant to Local Rule 83-182(f), service on a party at their address of record is fully effective.